## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kwang Jun Lee

                                   Plaintiff,

v.                                                                  Case No.: 1:16–cv–08610
                                                                          Honorable Robert M. Dow Jr.

Hanjin Intermodal America, Inc., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

        MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion for extension of time to 5/11/2019 to file his response to Defendant Hanjin Intermodal America, Inc's motion for summary judgment [64] is granted. Defendant Hanjin's reply date is 6/3/2019. Notice of motion date of 5/24/2019 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.